McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Amanda A. Ebert
Nevada Bar No. 12731
  *amanda.ebert@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant LIBERTY MUTUAL PERSONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY MCFADDEN, individually, MARC MCFADDEN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL PERSONAL INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02322-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' EXTRA-CONTRACTUAL CAUSES OF ACTION WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, that any and all extra-contractual claims or causes of action, including those set forth in Plaintiffs' second and third causes of action in the Complaint (Doc. 1-1), shall be and hereby are dismissed without prejudice;

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:24-cv-02322-APG-BNW
STIPULATION AND ORDER TO DISMISS PLAINTIFFS' EXTRA-CONTRACTUAL CAUSES OF ACTION WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS

Based upon the foregoing, Liberty Mutual Personal Insurance Company's Motion to Dismiss (Doc. 7) is rendered moot. Therefore, the parties further stipulate to the withdrawal of Liberty Mutual Personal Insurance Company's Motion to Dismiss (Doc. 7).

DATED this 3rd day of January, 2025

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By    */s/ Jonathan W. Carlson*
           Jonathan W. Carlson, Nevada Bar No. 10536
           Amanda A. Ebert, Nevada Bar No. 12731
           8337 West Sunset Road, Suite 350
           Las Vegas, Nevada 89113
           Tel. (702) 949-1100
           Attorneys for Defendant

DATED this 3rd day of January, 2025

        DIMOPOULOS INJURY LAW

        By    */s/ Garnet E. Beal*
           Steve Dimopoulos, Nevada Bar No. 12729
           Garnet E. Beal, Nevada Bar No. 12693
           6671 S. Las Vegas Blvd., Ste. 275
           Las Vegas, NV 89119
           Tel. (702) 800-6000
           Attorneys for Plaintiffs

**IT IS SO ORDERED:**

DATED this 3rd day of January, 2025

        ANDREW P. GORDON
        CHIEF UNITED STATES DISTRICT JUDGE

11021795.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2    Case No. 2:24-cv-02322-APG-BNW
STIPULATION AND ORDER TO DISMISS PLAINTIFFS' EXTRA-CONTRACTUAL CAUSES OF ACTION WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS